RAÚL R. LABRADOR
Attorney General
State of Idaho

MARK W. OLSON, ISB #7555
Deputy Attorney General
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 332-3099
Facsimile: (208) 854-8074
Email: mark.olson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MARK DOUGLAS HUBER, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 1:23-CV-00039-DKG |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF LODGING |
| RANDY VALLEY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

COMES NOW, Respondent, Randy Valley, by and through his attorney, Mark W. Olson,

Deputy Attorney General, Capital Litigation Unit, and hereby lodges state court records pursuant

to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases.  All state court documents remain

available for inspection upon the request of the Court.  Respondent reserves the right to augment

the record if the need arises during the course of these proceedings.

The following records and documents are hereby submitted to the Court:

A.      **State District Court Records (Trial),** *State of Idaho v. Mark Douglas Huber,* **Shoshone County District Court Case No. CR-2010-3214, Idaho Supreme Court Docket No. 39222**

1.      ICourt Portal Entry, <u>State of Idaho v. Mark Douglas Huber</u>, Shoshone County District Court Case No. CR-2010-3214, Accessed August 17, 2023 (47 pages).

2.      Clerk's Record on Appeal, <u>State of Idaho v. Mark Douglas Huber</u>, Shoshone County District Court Case No. CR-2010-3214, Idaho Supreme Court Docket No. 39222 (259 pages).

3.      Reporter's transcript of jury trial and sentencing hearing, <u>State of Idaho v. Mark Douglas Huber</u>, Shoshone County District Court Case No. CR-2010-3214, Idaho Supreme Court Docket No. 39222; May 10 and August 10, 2011 (126 pages).

4.      Reporter's transcript of hearing on I.C.R. 35 Motion, <u>State of Idaho v. Mark Douglas Huber</u>, Shoshone County District Court Case No. CR-2010-3214, Idaho Supreme Court Docket No. 39222; January 23, 2012 (14 pages).

5.      Reporter's transcript of hearing on Motion for New Trial, <u>State of Idaho v. Mark Douglas Huber</u>, Shoshone County District Court Case No. CR-2010-3214, Idaho Supreme Court Docket No. 39222; November 17, 2014 (10 pages).

6.      Clerks Certificate of Exhibits, <u>State of Idaho v. Mark Douglas Huber</u>, Shoshone County District Court Case No. CR-2010-3214, Idaho Supreme Court Docket No. 39222; (2 pages).

7.      State District Court Order Denying Huber's Motion for a New Trial, <u>State of Idaho v. Mark Douglas Huber</u>, Shoshone County District Court Case No. CR-2010-3214; (3 pages).

**B.**     **State Appellate Court Records (Direct Appeal),** *State of Idaho v. Mark Douglas Huber***, Idaho Supreme Court Docket No. 39222**

1.     Idaho Supreme Court Order Granting Motion to Remove Document From Record, State of Idaho v. Mark Douglas Huber, Idaho Supreme Court Docket No. 39222; dated June 15, 2012 (1 page).

2.     Appellant's Brief, State of Idaho v. Mark Douglas Huber, Idaho Supreme Court Docket No. 39222; dated August 21, 2012  (8 pages).

3.     Respondent's Brief, State of Idaho v. Mark Douglas Huber, Idaho Supreme Court Docket No. 39222; dated September 19, 2012 (8 pages).

4.     Idaho Supreme Court Order Granting Motion to Stay the Appellate Proceedings, State of Idaho v. Mark Douglas Huber, Idaho Supreme Court Docket No. 39222; dated October 16, 2012 (1 page).

5.     Appellant's Motion to Augment the Record and Statement in Support Thereof, State of Idaho v. Mark Douglas Huber, Idaho Supreme Court Docket No. 39222; dated February 24, 2015 (178 pages, including attachments).

6.     Idaho Supreme Court Order Granting motion to Augment the Record, State of Idaho v. Mark Douglas Huber, Idaho Supreme Court Docket No. 39222; dated February 27, 2015 (2 pages).

7.     Appellant's Notice of Intent Not to File Reply Brief, State of Idaho v. Mark Douglas Huber, Idaho Supreme Court Docket No. 39222; dated April 9, 2015 (1 page).

8.     2015 Idaho Court of Appeals Unpublished Opinion, State of Idaho v. Mark Douglas Huber, Idaho Court of Appeals Docket No. 39222; 2015 WL 1903624; filed April 27, 2015 (2 pages).

9.      Appellant's Petition for Review and Submission on Briefs Already Filed, <u>State of Idaho v. Mark Douglas Huber</u>, Idaho Supreme Court Docket No. 39222; dated May 4, 2015 (2 pages).

10.     Idaho Supreme Court Order Denying Petition for Review, <u>State of Idaho v. Mark Douglas Huber</u>, Idaho Supreme Court Docket No. 39222; entered May 12, 2015 (1 page).

11.     Remittitur, <u>State of Idaho v. Mark Douglas Huber</u>, Idaho Supreme Court Docket No. 39222; entered May 12, 2015 (1 page).

**C.      <u>State District Court Records (Initial Post-Conviction), *Mark Douglas Huber v. State of Idaho*, Shoshone County District Court No. CV-2015-89; Idaho Supreme Court Docket No. 46897</u>**

1.      ICourt Portal Entry, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89, Accessed August 17, 2023 (23 pages).

2.      Clerk's Record on Appeal, Vol. I, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897 (Pages 1-210).

3.      Clerk's Record on Appeal, Vol. II, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897 (pages 211-423).

4.      Clerk's Record on Appeal, Vol. III, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897 (pages 424-647).

5.      Clerk's Record on Appeal, Vol. IV, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897 (pages 648-779).

6.    Clerk's Record on Appeal, Vol. V, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897 (pages 780-981).

7.    Clerk's Record on Appeal, Vol. VI, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897 (pages 982-1181).

8.    Clerk's Record on Appeal, Vol. VII, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897 (pages 1182-1268).

9.    Reporter's Transcript of post-conviction motion hearings, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-2015-89; Idaho Supreme Court Docket No. 46897; June 13, 2016; and May 8, 2019; (38 pages).

**D.    <u>State Appellate Records (Initial Post-Conviction Appeal, Pre-Briefing Fillings And Orders), *Mark Douglas Huber v. State of Idaho*; Idaho Supreme Court Docket No. 46897</u>**

1.    Appellant's Writ of Supervisory Control, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated April 28, 2019 (3 pages).

2.    Idaho Supreme Court Order Granting Motion for Suspension of Appeal, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, entered April 28, 2019 (1 page).

3.    Idaho Supreme Court Order Denying Petition for Writ of Supervisory Control, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, entered May 17, 2019 (1 page).

4.      Appellant's Petition for Review of Writ of Supervisory Control, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated May 22, 2019 (31 pages, including attachments).

5.      Idaho Supreme Court Order Denying Review of Writ of Supervisory Control, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, entered June 7, 2019 (1 page).

6.      Idaho Supreme Court Order Denying Motion to Take Judicial Notice and Request for Counsel, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, entered September 17, 2019 (1 page).

7.      Idaho Supreme Court Order Denying Motion for Reconsideration of Request for Counsel, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, entered October 7, 2019 (1 page).

8.      Idaho Supreme Court Order Denying Motion for Appellate Counsel, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, entered October 21, 2019 (1 page).

9.      Idaho Supreme Court Order Re: Motions,  <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, entered December 20, 2019 (1 page).

**E.      <u>State Appellate Records (Initial Post-Conviction Appeal), *Mark Douglas Huber v. State of Idaho*; Idaho Supreme Court Docket No. 46897</u>**

1.      Appellant's Brief, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated November 25, 2019 (59 pages, including attachments).

2.      Supplemental Appellant's Brief, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated December 23, 2019 (10 pages).

3.      Idaho Supreme Court Order Granting Motion to File Supplemental Appellant's Brief, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated January 9, 2020 (1 page).

4.      Respondent's Brief, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated April 16, 2020 (56 pages, including attachments).

5.      Reply Brief, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated April 28, 2020 (92 pages, including attachments).

6.      2020 Idaho Court of Appeals Unpublished Opinion, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Court of Appeals Docket No. 46897; filed August 21, 2020 (5 pages).

7.      Appellant's Petition for Rehearing, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Court of Appeals Docket No. 46897, dated April 26, 2020 (1 page).

8.      Appellant's Brief in Support of Petition for Rehearing, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Court of Appeals Docket No. 46897, dated September 7, 2020 (5 pages).

9.      Idaho Court of Appeals Order Denying Petition for Rehearing, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Court of Appeals Docket No. 46897, entered September 11, 2020 (1 page).

10.     Appellant's Petition for Review, <u>Mark Douglas Huber v. State of Idaho,</u> Idaho Supreme Court Docket No. 46897, dated September 29, 2020 (3 pages).

11.     Brief in Support of Appellant's Petition for Review, <u>Mark Douglas Huber v. State of Idaho,</u> Idaho Supreme Court Docket No. 46897, dated October 12, 2020 (20 pages, including attachments).

12.     Idaho Supreme Court Order Denying Petition for Review, <u>Mark Douglas Huber v. State of Idaho</u>, Idaho Supreme Court Docket No. 46897, dated March 9, 2021 (1 page).

13.     Remittitur, <u>Mark Douglas Huber v. State of Idaho,</u> Idaho Supreme Court Docket No. 46897; dated March 9, 2021 (1 page).

**F.      State Appellate Records (Successive Post-Conviction),** ***Mark Douglas Huber v. State of Idaho***; **Shoshone County District Cout Case No. CV-40-20-452; Idaho Supreme Court Docket No. 49720**

1.     Clerk's Record on Appeal, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-40-20-452; Idaho Supreme Court Docket No. 49720 (743 pages).

2.     Reporter's Transcript of post-conviction motions hearing, <u>Mark Douglas Huber v. State of Idaho</u>, Shoshone County District Court Case No. CV-40-20-452; Idaho Supreme Court Docket No. 49720; November 10, 2021 (26 pages).

**G.      State Appellate Records (Successive Post-Conviction Appeal),** ***Mark Douglas Huber v. State of Idaho***; **Idaho Supreme Court Docket No. 49720**

1.     Appellant's Motion for Voluntary Dismissal of Appeal, <u>Mark Douglas Huber v. State of Idaho</u>; Idaho Supreme Court Docket No. 49720; dated December 22, 2022 (3 pages).

2.     Idaho Supreme Court Order Granting Motion for Voluntary Dismissal of Appeal, <u>Mark Douglas Huber v. State of Idaho</u>; Idaho Supreme Court Docket No. 49720; entered December 22, 2022 (1 page).

DATED this 24th day of August, 2023

_____
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit

SUBSCRIBED and sworn to before me this 24th day of August, 2023

_____
Notary Public for Idaho
Residing at: Nampa, ID
My Commission Expires: 4/14/2028

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on or about the 24th day of August, 2023, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

Craig H. Durham                                    _____   U.S. Mail
Ferguson Durham, PLLC                       _____   Hand Delivery
223 N. 6th Street, Suite 325                   _____   Overnight Mail
Boise, ID  83702                                              Facsimile
chd@fergusondurham.com
                                                             __X__   Electronic Court Filing


/s/ Mark W. Olson
MARK W. OLSON
Deputy Attorney General
Capital Litigation Unit