Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Petitioner

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK DOUGLAS HUBER,<br><br>Petitioner,<br><br>v.<br><br>RANDY VALLEY, Warden,<br><br>Respondent. | Case No. 23-cv-39-DKG<br><br>**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE** |

Mark Douglas Huber, through counsel, respectfully requests an extension of 28 days in which to file his response to Respondent's Motion for Summary Dismissal (Dkt. 10), making his response due on or before November 16, 2023. The motion is

1

unopposed. It is supported by the records and files in this case and the attached declaration of counsel.

Respectfully submitted on this 18th day of October 2023.

/s/Craig H. Durham
Attorney for Petitioner