Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428
Attorney for Petitioner

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MARK DOUGLAS HUBER, <br><br> Petitioner, <br><br> v. <br><br> RANDY VALLEY, Warden, <br><br> Respondent. | Case No. 1:23-cv-00039-DKG <br><br> **DECLARATION OF COUNSEL** |

I Craig H. Durham, declare under the penalty of perjury that the following is true and correct.

1. Given the size of the state court record in this case, for the convenience of the Court and counsel I have separated selected records and attached them here. Several of these records are found at multiple spots in the state court record.

1

2. Attached as Exhibit A is a true and correct copy of the Affidavit of Greg Hampikian. This is found in State's Lodging C-6, pp. 950-976.

3. Attached as Exhibit B is a true and correct copy of the Deposition Transcript of John Redal. This is found in State Court Lodging C-4, pp. 570-640.

4. Attached as Exhibit C is a true and correct copy of D.V.'s pretrial statement to police officers. This is found in State Court Lodging F-1, pp. 118-120.

5. Attached Exhibit D is a true and correct copy of the Affidavit of William Dire, M.D. This is found in the Augmented Record on Appeal that the Clerk of Court filed in Shoshone County District, Court Case No. CR-2010-3214, Idaho Supreme Court Docket No. 39222. The undersigned has submitted the Augmented Record as a supplemental state court lodging in this matter.

EXECUTED this 16th day of November, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Craig H. Durham*
Attorney for Petitioner