EXHIBIT C

Charge: Rape 18-6101(Mark Huber), Sexual Abuse of a Minor Child 18-1506(Joe Haws)
Case # 03-2010-000383

Details: On 10/26/10 at about 1738 I was dispatched to call Dianna Vranich reference her grand daughter later identified as DMV being raped by a 40 year old man later identified as Mark Huber while at her father Joe Haws residence the night before.

Upon contact with Dianna, I asked her to bring DMV to the Kellogg Police Department so that I could talk with them. Upon their arrival I asked DMV if she had taken a shower since the incident and she stated no. I then asked her if she had changed clothing including her underwear and braw and she stated no. I then asked Dianna to take DMV to the Shoshone Medical Center(SMC)for an examination.

Upon our arrival at SMC I informed the doctor what was going on and explained that I was going to need a Rape kit from DMV. I then asked the CNA Hilary Richardson to collect all of DMV's clothing and place it into separate bags for each Item. Hillary then took several bags and a sheet into the room and had DMV get out of her clothes and had DMV put scrubs on. Hillary then brought me the seven paper bags in which her clothing articles where separated. I then sealed the bags with Staples and then used Evidence tape and secured the bags. I then went into the room with Jeri Butler and collect the Blood samples from DMV. I then let the Doctor and the Nurse collect the swab samples from her vagina area, Oral swabs, and swabs from her neck in which the suspect Huber had sucked on her neck. After the doctor did the exam and collect the swabs he placed them into cups so that they would not touch each other, he then turned them over to me so I could take them into my custody while the dried.

Sgt Twidt and I then went in and made contact with DMV, and Dianna. Sgt Twidt then informed DMV and Dianna that Kelli Lavinge with the women's advocate center was there and would like to be able to sit with them through the interview and to help them out in any way possible. DMV and Dianna agreed that they would like her here. After Kelli came in and introduced herself I began to speak with DMV, I asked her to give her version of what had happened from when she had left her house and went to her dads. DMV stated that her dad Haws sent her a text and that he wanted her to come over. DMV stated that Haws got a ride with a guy named Merlin to come and get her. DMV stated that she went back to his house and that they were there for about two hours when a friend came over and that Haws told her to stay in the bed room, and that Haws and Mark were talking in the living room and that they then came into the room. DMV then stated that Haws left the room and came back a couple of times and that he then closed the door. DMV then stated that Huber then wanted to do things and that he jumped on and then jumped off and that was about it and that he then left because Ann(Gayanne Windedahl) showed up. Sgt Twidt then asked DMV if Ann had seen Huber there and she stated yes and that Ann got very angry. Sgt Twidt then asked DMV if Ann was aware what had went on and she stated that she was pretty sure as she had, because she told her after words. I then asked DMV if Ann was there through any of the occurrence and she stated that she was not sure but she thought she was for the last bit. I then asked her how she knew Huber's name and she stated that her dad told her, I then asked if she new his last name and she stated no. I then asked her if there was anything that she could tell me about Huber, any marks scars or tattoos. DMV stated that Huber had a tattoo on his left arm which was Chad and then a design and something else below it that she thought that it was another name. I then asked DMV if she could describe Huber to me and she stated that he was about 6'2" Shaved head a little heavy and around 50 years old. I then asked if she new Merlin and she stated that she had only seen him that night and then today at Joes before she went to work at the Gymnastics. Dianna then stated that they did not stay long as DMV did not fill good, that is when DMV told Dianna what had happened. I then asked DMV if she still had the texts and she stated yes. I then asked DMV if there was any reason that Haws wanted her to come over and she stated that he wanted to talk and hang out. I then asked how often she had gone to her dads house alone and she stated not very often after the other incident. We then asked her what incident and she stated that Haws had tried to arrange her to have sex with another male about 3 to 4 months ago. I then asked DMV how long she had been at Haws residence prior to the incident and she stated 4 hrs. I then asked DMV what her and Haws did for the 4 hours and she stated that they hung out and that Haws left a couple of times and that he was doing his drugs. Sgt Twidt then asked DMV if she was involved in any drinking or drug activity

4

and she stated no. I then asked DMV how she knew he was doing drugs and she stated that he was telling her as he was doing them and was showing her how to do them. Sgt Twidt then asked her what he was doing and she stated he was snorting it and shooting it up. Sgt Twidt then asked if Huber was there at this time and she stated no that Haws saved some drugs for him. I then asked DMV how long Huber was there and she stated about and hour and a half. I then asked DMV how long Huber was there prior to the incident in the bed room and she stated 15 to 20 min. I then asked her to give me more details of the incident, She then stated that first he tried to convince her to have sex. which she refused to do. DMV then stated that Huber then pushed her onto the bed and started taking off her clothes and then took off his clothes, DMV then stated that he then started to put his mouth down there and then started having sex. Sgt Twidt then asked when she stated that he went down there if that meant that he touched his mouth to her vagina. DMV then stated yes, SGT Twidt then asked how long that lasted and she stated about five minutes. Sgt Twidt then asked DMV if Huber ever forced her to put her mouth on his penis and she stated yes. Sgt Twidt then asked how long that lasted and she stated about a min. Sgt Twidt then asked if he ejaculated at that time and she stated that she did not believe so. Sgt Twidt then asked DMV if she ever told Huber no throughout the ordeal and she stated yes. Sgt Twidt then asked how many times and she stated about 20 times. Sgt Twidt then asked if she ever kicked or resisted and she stated yes that she kicked and screamed for her dad. Sgt Twidt then asked how many times she screamed for her dad and she stated 5 or 6. Sgt Twidt then asked if Huber stuck his penis in her vagina and she stated yes. Sgt Twidt then asked her how long this lasted and she stated five min. Sgt Twidt then asked her if she thought that he had ejaculated and she stated that she did because he told her he did three times. Sgt Twidt then asked how long the hole encounter lasted and she stated about 30 min. Sgt Twidt then asked if each time he ejaculated that it was through intercourse and she stated yes. Sgt Twidt then asked if Huber tried to have intercourse anally and she stated no. Sgt Twidt then asked if Huber kissed any part of her body and she stated that he kissed her mouth. Sgt Twidt then asked if Huber sucked or bit her or left hickeys and she stated yes he sucked on her neck. I then asked DMV if there was any distinctive marks or anything of Huber's Penis area and she stated no. Sgt Twidt then asked her if she knew the difference between circumcised and uncircumcised and she stated no. Sgt Twidt then asked what color of hair he had in his pubic region and she stated black or dark colored. I then asked DMV if she scratched him or hit him and she stated that she did scratch his back but that it was not hard enough to leave marks. Sgt Twidt then asked if she had consensual intercourse prior to this and she stated yes. Sgt Twidt then asked what the conversation was like when Huber and Haws first came into the room, DMV stated that it was normal that Haws wanted them to play strip poker. Sgt Twidt then asked DMV what the conversation was between Huber and her when Haws left, DMV stated that Huber wondered how old she was and she told him 14 and that they just introduced them selves. Sgt Twidt then asked if Haws came back into the room and she stated yes, he then asked how the conversation went and she stated that it was basically about strip poker. Sgt Twidt then asked how the door got shut and she stated that he dad shut the door. Sgt Twidt then asked what was going on when Haws shut the door. DMV stated that it was normal conversation. Sgt Twidt then asked how long after the door closed that Huber started making his advances, DMV stated about 5 min. Sgt Twidt then asked if any of the conversation was sexual questions, and she stated yes. He then asked her what type of questions Huber was asking and she stated Huber asked her how big her breasts are and what she liked to do for foreplay. Sgt Twidt then asked her if she was answering his questions at this point, DMV stated that she answered some of them. Sgt Twidt then asked what was Huber's first advancement and she stated that he asked her to move closer and that he started pulling on the bottom of her shirt. Sgt Twidt then asked her Huber started cores sing her arms, stomach, or legs and she stated yes. Sgt Twidt then asked DMV to give great detail of what happened after he started advancing. DMV stated that Huber started kissing her up and down her arms and then he tried to pull up her shirt and she would not let him.. DMV stated that he then pushed her back on the bed but then she sat back up and he then pushed her back down harder. Huber then took off her shirt and her braw and then started bighting her neck. DMV then stated that he took of her pants and started bighting her legs. Sgt Twidt then asked if Huber was the one who took her pants and underwear off and she stated yes. Sgt Twidt then asked at this point what had you done to stop the advances and she stated that when he started to take off her shirt she began to kick. Sgt Twidt then asked if Joe was the only other person in the house and she stated yes. Sgt Twidt then asked if there was a TV on and she stated yes, He then asked her if she could hear it and she stated no. Sgt Twidt then asked DMV when she performed Oral on Huber and she stated after he performed oral on him and before all the intercourse. Sgt Twidt then asked DMV if

5

Huber asked her to perform Oral sex or if it was forced, DMV stated that Huber grabbed her by the hair and forced her to do it. DMV then stated that Huber was standing on the bed next to her. Sgt Twidt then asked DMV about the intercourse, he asked how long the breaks where between intercourse. DMV stated that each intercourse was about 3 to 4 min with a 1 to 2 min breaks in between. Sgt Twidt then asked if Haws every came in during the 30 min to check on her. DMV then stated that the first time that Haws came in and started to talk about poker that he had her bring over a bunny costume for Halloween. Sgt Twidt then asked if Has specifically asked her to bring over the costume and she stated yes. Sgt Twidt then asked if Joe asked her to wear it and she stated that he tried to forcefully make her wear it. DMV stated that Joe forcefully took her shirt and braw off in attempt to make her wear the costume,, DMV stated that because Haws was extremely intoxicated she was able to push him away. Sgt Twidt then asked her if this was the first time Haws came into the room and she stated yes. Sgt Twidt then informed her that details such as these ones are supper important and that she need give us all the details. Sgt Twidt then asked DMV if Huber helped Haws try and take her clothes off and she stated that he put his hand on her pants and kind of pulled down. SGT Twidt then asked to go back and go over the incident again and try and include all the information.. DMV then stated that it started out with her getting texts to meet Joe at the tall pine, then she received the text that stated that she wanted it bad and she was going to get it. Sgt Twidt then asked what was leading up to the text and she stated that Haws had stated that Jared a kid that she likes was supposed to be there. Sgt Twidt then asked DMV if she went over to Haws house Hoping that Jared would be there and she stated yes. Sgt Twidt the asked DMV if there had been any contact prior to the one three months ago and she stated not really. Sgt Twidt then told her that he did not like her answer as it raised red flags for him. Sgt Twidt asked what she went by not really, DMV stated that there had been an occurrence about a year ago where haws put his hand down her underwear. I then asked DMV how long she was there after the occurrence and she stated about 5 hrs because she got home around 6 am as Haws got her a ride from Wieser. then asked DMV if here was any conversation between her and Haws. DMV stated that Haws asked how did it go, and she told him it was not pleasant. Haws then said well you had sex and DMV told him that it was not sex it was Rape. Sgt Twidt then asked DMV if at any time Haws came into the room while Huber was having intercourse and she tated yes. Sgt Twidt asked if Haws participate an any way and she stated no. Sgt Twidt then asks what Haws does when he came into the room, DMV stated that he just stated to continue and then walked out. Sgt Twidt asked what DMV did after Huber left and she stated that she spoke with Ann for a while.

Sgt Twidt and Officer Yergler cleared and went to Haws residence. Myself an Deputy Jones, Deputy Clement and LT Havelin then went to Huber's residence in Cataldo. Officer Yergler placed Haws in to custody for me and transported him to the Shoshone County Jail(See Yerglers attached Report). The Deputies and I did not find Huber in Cataldo. Deputy Jones and I were told that Huber was driving his White Pathfinder which we seen at His residence in Smelterville. Deputy Clement, Deputy Jones , Lt Havelin and I then went to 716 #2 Main St in Smelterville where we located Huber's Pathfinder. We then attempted to contact Huber but no one would answer the door.

Officer Yergler then came to my location as I went to the Court House to get the search Warrant for Haws residence. While I was at the Residence Yergler called and stated that he had Huber in custody and that he was in route to the Shoshone County Jail. Officer Yergler also stated that he had been told by Haws that he had been sending Huber texts letting him know when DMV was at his residence.

Officer Yergler and I received the Search Warrant for Haws residence . At 0220 on the 27th of October we served the search warrant and collected the bedding off of the bed. We also collected a black and Pink bunny costume that was located on the self of the night stand next to the bed . We did not collect any cell phone as we could not find Haws cell phone.

I then went back to the Shoshone county Jail and spoke with Huber. I read Huber his Miranda rights and had him sign off on each one. I then had him sign off that he was willing to speak with me which he did. I then asked juber to tell me about the Monday night. Huber stated that he did not touch the girl. Huber stated that Haws had been calling him for several days trying to get him to come over and meet his 18 year old daughter. Huber

6